UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:24-CV-00136-DOC-JDExDate: February 1, 2024

Title: DAROYA ISAIAH v. lOANDEPOT, INC.

PRESENT:   THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CONSOLIDATING CASES**

The Court **ORDERS** that the following cases be consolidated:

- *Daroya Isaiah v. loanDepot, Inc.* (8:24-cv-00136-DOC-JDE)
- *Jonathan Rosas v. loanDepot Inc.* (8:24-cv-00167-DOC-JDE)
- *Joel Eggleton v. LoanDepot, Inc.* (8:24-cv-00170-DOC-JDE)
- *David Ware v. Loan Depot, Inc.* (8:24-cv-00179-DOC-JDE)
- *Amy Penird v. loanDepot, Inc.* (8:24-cv-00180-DOC-JDE)
- *Brian Webbe v. LoanDepot, Inc.* (8:24-cv-00190-DOC-JDE)
- *Maria Sullivan v. loanDepot, Inc.* et al (8:24-cv-00194-DOC-JDE)

All future filings in the above cases shall be made under the low number case 8:24-cv-00136-DOC-JDE. The six other cases shall be administratively closed.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11Initials of Deputy Clerk: kdu

CIVIL-GEN