UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: 8:24-cv-00136-DOC-JDEx                Date: April 16, 2024

Title:   Daroya Isaiah, et al. v. loanDepot, Inc.


PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|  Karlen Dubon  |  Sharon Seffens  |
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
| Abbas Kazerounian, Daniel S. Robinson | Matthew Dean Brown |
| Tina Wolfson, Gary M. Klinger | |
| Stephen Larson, Albert Y. Chan | |

**PROCEEDINGS:**   **SCHEDULING CONFERENCE**

Also present for plaintiffs, Michael Olson, Stephen Basser, John G. Emerson, Adam Polk, Aubry Wand, Roland Tellis, Adrian Bacon, Daniel L. Warshaw, Jeffrey S. Goldenberg, Amber Love Schubert, and Marc Edelson.

The case is called. The Court and counsel confer.

The Court appoints coalition of interim lead counsel. Detailed order to be issued.

Parties to contact a special master to be appointed on the case.

Parties to file a stipulation re trial schedule no later than April 26, 2024.

Parties agree to hold mediation no later than June 13, 2024.

:   19
Initials of Deputy Clerk: kdu