**ROBINSON CALCAGNIE, INC.**
Daniel S. Robinson (SBN 244245)
*drobinson@robinsonfirm.com*
Michael W. Olson (SBN 312857)
*molson@robinsonfirm.com*
19 Corporate Plaza Drive
Newport Beach, California
(949) 720-1288; Fax: (949) 720-1292

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
(310) 474-9111; Fax: (310) 474-8585

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
*ak@kazlg.com*
Mona Amini (SBN 296829)
*mona@kazlg.com*
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
(800) 400-6808; Fax: (800) 520-5523

**LARSON, LLP**
Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
(213) 436-4864; Fax: (213) 623-2000

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*Pro Hac Vice*)
*gklinger@milberg.com*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DAROYA ISAIAH, individually an on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LOANDEPOT, INC,<br><br>    Defendant. | Case No.: 8:24-cv-00136-DOC-JDEx<br><br><u>Assigned For All Purposes to:</u><br><u>Courtroom 10A; Hon. David O. Carter</u><br><br>**CASE MANAGEMENT ORDER NO. 1** |

Having considered the April 17, 2024 Order Appointing Interim Co-Lead Counsel (Dkt. No. 53) in this Consolidated Action, and good cause appearing, it is hereby ORDERED as follows:

### **INTERIM CO-LEAD COUNSEL FOR PLAINTIFFS**

The Court has appointed the following Interim Co-Lead Counsel for Plaintiffs:

- Abbas Kazerounian of Kazerouni Law Group, APC
- Gary Klinger of Milberg Coleman Bryson Phillips Grossman, LLP
- Stephen G. Larson of Larson LLP
- Daniel S. Robinson of Robinson Calcagnie, Inc.
- Tina Wolfson of Ahdoot & Wolfson, PC

### **DUTIES AND RESPONSIBILITIES OF INTERIM CO-LEAD COUNSEL**

Consistent with the Court's Order Appointing Interim Co-Lead Counsel and the Manual for Complex Litigation, Fourth, §§ 10.221, 22.62, and 40.22, Interim Co-Lead Counsel for Plaintiffs (Abbas Kazerounian of Kazerouni Law Group, APC, Gary Klinger of Milberg Coleman Bryson Phillips Grossman, LLP, Stephen G. Larson of Larson LLP, Daniel S. Robinson of Robinson Calcagnie, Inc., and Tina Wolfson of Ahdoot & Wolfson, PC) shall collectively have sole, exclusive, full and complete authority to prosecute this Consolidated Action on behalf of Plaintiffs, including, without limitation, performing, or delegating the following tasks to other Plaintiffs' Counsel on behalf of all Plaintiffs in the Consolidated Action:

1. Directing, coordinating, and supervising the prosecution of Plaintiffs' claims in this action;
2. Preparing, structuring, and presenting pretrial and other case management orders;
3. Convening meetings of counsel;
4. Communicating with defense counsel;
5. Initiating, responding to, scheduling, briefing, and arguing all motions;

6. Appearing at all hearings and conferences regarding the case;

7. Determining the scope, order, and conduct of all discovery proceedings (to the extent that Plaintiffs propound any written discovery on any party or non-party, such discovery will be served by, and only by, Plaintiffs' Counsel);

8. Assigning work to other Plaintiffs' Counsel in this action, as necessary and appropriate;

9. Retaining experts;

10. Conducting settlement negotiations on behalf of named Plaintiffs and the class (in the event that the case is mediated, Interim Co-Lead Counsel expressly agrees that only Interim Co-Lead Counsel or other Plaintiffs' Counsel authorized to speak by Interim Co-Lead Counsel will communicate directly with the mediator);

11. Entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

12. Preparing and distributing status reports to any other law firms that might seek to represent the proposed class;

13. Collecting and reviewing time and expense records from counsel on a regular basis, or as provided for under any Court-approved protocol;

14. Coordinating activities to avoid duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice, and generally in the litigation;

15. Coordinating discovery, including conducting written discovery and depositions, and briefing of common legal issues, and if appropriate, settlement approval proceedings;

15. Pursuing any and all appeals as decided within their discretion; and

16. Performing such other duties that may be incidental to proper coordination of Plaintiffs' litigation activities or authorized by further order of this Court.

## PLAINTIFFS' TIMEKEEPING PROTOCOL

Interim Co-Lead Counsel for Plaintiffs and Plaintiffs' Counsel shall maintain appropriate documentation and records of their time and expenses as set forth in the guidelines attached hereto as **Exhibit 1**, incorporated herein. Time and expenses are only compensable if they meet all requirements set forth therein and are timely submitted in the format set forth in **Exhibit 2,** attached hereto and incorporated herein. Interim Co-Lead Counsel may develop and submit additional guidelines and criteria for time and expenses in a further case management order.

## CAPTIONS AND FILING

All papers filed in the Consolidated Action shall be filed under Case No. 8:24-cv-00136-DOC-JDEx, the number assigned to the first-filed case and lead action, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| *In re loanDepot Data Breach Litigation*<br><br>This Document Relates to: All Actions | Case No. 8:24-cv-00136-DOC-JDEx<br><br>Assigned for All Purposes to:<br>Courtroom 10A; Hon. David O. Carter<br><br>**[DOCUMENT TITLE]** |
|---|---|

The case file for the Consolidated Action will be maintained under Master File No. 8:24-cv-00136-DOC-JDEx. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in

said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "8:24-cv-00167-DOC-JDE (Rosas)."

## RELATED CASES

Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts will be consolidated with the lead action for all purposes. Defendant shall file a Notice of Related Action pursuant to C.D. Cal. L.R. 83-1.3 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

1. Place a copy of this Order in the separate docket of the new case;
2. Serve a copy of this Order on plaintiffs' counsel in the new case;
3. Direct that this Order be served upon defendant(s) in the new case; and
4. Make the appropriate entry in the Master Docket.

Any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated with the lead action and the terms of this Order shall apply to such actions as well.

## CASE SCHEDULE

The following schedule[1] shall apply to this action. Further, in light of the consolidation of the numerous related actions and the forthcoming consolidated complaint, loanDepot need not file a response to the complaints in any of the pending actions, and is relieved of all response deadlines associated with any of the pending actions, and instead shall file a response to the consolidated complaint according to the schedule below.

///

///

---

[1] The deadlines and dates concerning motion practice and discovery are dependent on the Parties fulfilling their discovery obligations, including to timely produce documents.

| EVENT | DATE |
|---|---|
| Deadline for Plaintiffs to File Consolidated Complaint | June 3, 2024 |
| Deadline to Complete Mediation | June 13, 2024 |
| Rule 26(f) Conference Date | June 10, 2024 |
| Deadline for Defendant to File Response to Consolidated Complaint (Motion, Answer, or Otherwise) | July 3, 2024 |
| Deadline for Plaintiffs to File Opposition to any Motion Filed in Response to Consolidated Complaint | August 1, 2024 |
| Deadline for Defendant to File Reply in Support of any Motion Filed in Response to Consolidated Complaint | August 14, 2024 |
| Hearing on any Motion Filed in Response to Consolidated Complaint | August 26, 2024 at 8:30 a.m. |
| Deadline for Plaintiffs to Disclose Identities and Subject Matter of Opinions of Class Certification Experts | November 2, 2024 |
| Deadline for Plaintiffs' Motion for Class Certification and Class Certification Expert Disclosures, Including Reports and Required Materials | December 2, 2024 |
| Deadline for Defendant's Opposition to Motion for Class Certification and Class Certification Expert Disclosures, Including Reports and Required Materials | January 27, 2025 |
| Deadline for Filing Reply in Support of Motion for Class Certification | February 10, 2025 |
| Hearing on Motion for Class Certification | February 24, 2025 at 8:30 a.m. |

| | |
|---|---|
| Deadline for Moving Parties to Disclose Identities and Subject Matter of Opinions of Motion for Summary Judgment / Adjudication Experts | April 14, 2025 |
| Deadline for Filing Motion for Summary Judgment | April 28, 2025 |
| Fact Discovery Cut-Off | June 6, 2025 |
| Deadline for Filing Opposition to Motion for Summary Judgment | June 23, 2025 |
| Deadline for Filing Reply in Support of Motion for Summary Judgment | July 14, 2025 |
| Hearing on Motion(s) for Summary Judgment/ Final Motion Cut-Off Date | July 28, 2025 at 8:30 a.m. |
| Final Pretrial Conference | August 25, 2025 at 8:30 a.m. |
| Trial | September 30, 2025 at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED:  May 9, 2024

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE