COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, California 94111–4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
MAZDA K. ANTIA (214963)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, CA 92121–1117
Telephone: +1 858 550-6000
Facsimile: +1 858 550-6420

Attorneys for Defendant
loanDepot, Inc.

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| *In re loanDepot Data Breach Litigation*<br><br>This Document Relates to: All Actions | Case No. 8:24-cv-00136-DOC-JDE<br><br>Assigned for All Purposes to:<br>Courtroom 10A; Hon. David O. Carter<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT LOANDEPOT, INC.'S DEADLINE TO RESPOND TO PLAINTIFFS' CONSOLIDATED COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT
CASE NO. 8:24-CV-00136-DOC-JDE

Pursuant to Local Rule 7-1, the Parties to the *In re loanDepot Data Breach Litigation*, 8:24-cv-00136-DOC-JDEx, by and through their respective counsel of record, hereby stipulate and agree to extend Defendant loanDepot, Inc.'s ("loanDepot" or "Defendant" and, together with Plaintiffs, the "Parties") deadline to respond to Plaintiffs' Consolidated Class Action Complaint as follows:

WHEREAS, the Court has consolidated the following actions into the instant consolidated action: *Isaiah v. loanDepot, Inc.* (Case No. 8:24-cv-00136), *Rosas v. loanDepot, Inc.* (Case No. 8:24-cv-00167), *Eggleton v. loanDepot, Inc.* (Case No. 8:24-cv-00170), *Ware v. loanDepot, Inc.* (Case No. 8:24-cv-00179), *Penird v. loanDepot, Inc.* (Case No. 8:24-cv-00180), *Webbe v. loanDepot, Inc.* (Case No. 8:24-cv-00190), *Sullivan v. loanDepot, Inc.* (Case No. 8:24-cv-00194), *Rogers v. loanDepot, Inc.* (Case No. 2:24-cv-00766), *Schmidt, et al. v. loanDepot, Inc.* (Case No. 8:24-cv-00200), *Coe, et al. v. loanDepot, Inc.* (Case No. 8:24-cv-00211), *Six v. loanDepot, Inc.* (Case No. 8:24-cv-00213), *Lako v. loanDepot, Inc.* (Case No. 8:24-cv-00216), *Joy v. loanDepot, Inc.* (Case No. 8:24-cv-00239), *Costello v. loanDepot, Inc.* (Case No. 8:24-cv-00242), *Massaro, et al. v. loanDepot, Inc.* (Case No. 8:24-cv-00253), *Martin v. loanDepot, Inc.* (Case No. 8:24-cv-00265), *Bower v. loanDepot, Inc.* (Case No. 8:24-cv-00305), *Nichols v. loanDepot Inc.* (Case No. 8:24-cv-00342), *Soto, et al. v. loanDepot, Inc.* (Case No. 8:24-cv-00433), *Ryan v. loanDepot, Inc.* (Case No. 2:24-cv-03630), and *Boykin, et al. v. loanDepot, Inc.* (Case No. 8:24-cv-01119)[1];

WHEREAS, two other related cases, *Shippley v. loanDepot.com, LLC*, Case No. 2:24-cv-00813-TL (W.D. Wa.) and *Hunter v. loanDepot.com, LLC*, Case No. 4:24-cv-00239-DGK (W.D. Mo.), have since been ordered to be transferred to this Court from the Western District of Washington and the Western District of Missouri, respectively. (Case No. 2:24-cv-00813-TL (W.D. Wa.), Dkt. No. 14 and Case No.

---

[1] *Boykin* was originally filed in the Northern District of Illinois and assigned Case No. 1:24-cv-2583 (N.D. Ill.).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT
CASE NO. 8:24-CV-00136-DOC-JDE

4:24-cv-00239-DGK (W.D. Mo.), Dkt No. 14.)  Transfer was effected in the *Hunter* case on June 24, 2024, and the case was assigned Central District of California Case No. 2:24-cv-05251-MEMF-AS.  Transfer was effected in the *Shippley* case on June 25, 2024, and the case was assigned Central District of California Case No. 2:24-cv-05210-CAS-KS.[2]  The Parties will seek to consolidate the *Shippley* and *Hunter* cases with the instant action;

WHEREAS, on May 9, 2024, the Court entered Case Management Order No. 1 (Dkt. No. 55), setting July 3, 2024 as loanDepot's deadline to respond to the Consolidated Complaint;

WHEREAS, on June 3, 2024, Plaintiffs filed their Consolidated Class Action Complaint (Dkt. No. 69), adding seventeen new Plaintiffs and three new causes of action not previously named in any of the underlying actions consolidated herein;

WHEREAS, on June 6, 2024, the Parties participated in mediation before Hon. Jay Gandhi (ret.) at JAMS, following which they reached agreement on the general contours of a settlement in principle;

WHEREAS, the Parties are working diligently to negotiate the terms of a written settlement agreement, but will be unable to finalize such negotiations in advance of loanDepot's forthcoming July 3, 2023 response deadline;

WHEREAS, the Parties intend to have a settlement agreement negotiated and a motion for preliminary approval filed within ninety (90) days;

WHEREAS, in light of the foregoing and in the interest of conserving judicial and party resources, and for good cause therefore, the Parties respectfully request that loanDepot's deadline to respond to Plaintiffs' Consolidated Complaint be extended by ninety (90) days, up to and until October 1, 2024;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that Defendant's deadline to respond to

---

[2] loanDepot notified the Court of these related cases on June 25, 2024.  (Dkt. Nos. 76 and 77.)

Cooley LLP
Attorneys at Law
San Francisco

2

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT
CASE NO. 8:24-CV-00136-DOC-JDE

Plaintiffs' Consolidated Class Action Complaint shall be extended by ninety (90) days, from July 3, 2024 to October 1, 2024.

**IT IS SO STIPULATED.**

Dated: June 26, 2024          COOLEY LLP

By: */s/ Matthew D. Brown*
       Matthew D. Brown

Attorneys for Defendant
loanDepot, Inc.

Dated: June 26, 2024          ROBINSON CALCAGNIE, INC.

By: */s/ Daniel S. Robinson*
       Daniel S. Robinson

Interim Co-Lead Counsel for Plaintiffs

Cooley LLP
Attorneys at Law
San Francisco

3

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT
CASE NO. 8:24-cv-00136-DOC-JDE

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing Plaintiffs to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   June 26, 2024           COOLEY LLP

By: */s/ Matthew D. Brown*
   Matthew D. Brown

Attorneys for Defendant
loanDepot, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT
CASE NO. 8:24-CV-00136-DOC-JDE