Tina Wolfson
AHDOOT & WOLFSON, PC
2600 W. Olive Ave., Ste. 500
Burbank, CA 91505
Telephone: 310-474-9111
twolfson@ahdootwolfson.com

Elizabeth A. Fegan (admitted *pro hac vice*)
Megan E. Shannon (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
Facsimile: 312.264.0100
beth@feganscott.com
megan@feganscott.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re loanDepot Data Breach Litigation* | Case No.: 8:24-CV-00136-DOC-JDE |
| This Document Relates to: *Boykin, et al. v. loanDepot, Inc.*, No. 8:2024-cv-01119 | **Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)** |

Plaintiffs Rah-Nita Boykin and Jessica Smith, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismiss their case, *Boykin, et al. v. loanDepot, Inc.*, No. 8:2024-cv-01119 (C.D. Cal.), without prejudice.

Dated: October 23, 2024

      Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
Megan E. Shannon
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com
megan@feganscott.com