**ROBINSON CALCAGNIE, INC.**
Daniel S. Robinson (SBN 244245)
*drobinson@robinsonfirm.com*
Michael W. Olson (SBN 312857)
*molson@robinsonfirm.com*
19 Corporate Plaza Drive
Newport Beach, California
(949) 720-1288; Fax: (949) 720-1292

**LARSON, LLP**
Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
(213) 436-4864; Fax: (213) 623-2000

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
(310) 474-9111; Fax: (310) 474-8585

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
*ak@kazlg.com*
Mona Amini (SBN 296829)
*mona@kazlg.com*
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
(800) 400-6808; Fax: (800) 520-5523

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*Pro Hac Vice*)
*gklinger@milberg.com*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re loanDepot Data Breach Litigation*<br><br>This Document Relates to: All Cases | Case No.: 8:24-cv-00136-DOC-JDEx<br><br>Assigned for All Purposes to:<br>Courtroom 10A; Hon. David O. Carter<br><br>**DECLARATION OF JAY GANDHI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTION OF NOTICE UNDER RULE 23€**<br><br>**[Filed Concurrently with Motion, Declarations and [Proposed] Order]**<br><br>Date:       January 13, 2025<br>Time:       8:30 a.m.<br>Courtroom: 10A |

I, JAY C. GANDHI, declare:

1. I submit this Declaration in my capacity as a mediator in the above captioned action.

2. The parties' mediation was conducted in confidence and under my supervision. By making this declaration, neither I nor the parties waive, among other things, the protections of Rule 408. While I cannot disclose the contents of the mediation negotiations, the parties have authorized me to inform the Court of certain procedural and substantive matters. I make this declaration based on personal knowledge.

3. I am a former United States Magistrate Judge for the Central District of California and a former litigation partner with the firm of Paul Hastings LLP. I currently serve as a mediator and arbitrator with JAMS.

4. On June 6, 2024, Interim Co-Lead Counsel and Defendant participated in a full-day mediation session before me. The participants included (i) Interim Co-Lead Counsel Daniel Robinson of Robinson Calcagnie; Abbas Kazerounian of Kazerouni Law Group; Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC; Tina Wolfson of Ahdoot & Wolfson, PC; Stephen Larson of Larson LLP; and (ii) Defendant's counsel at Cooley LLP.

5. In advance of the mediation session, the parties exchanged and submitted detailed mediation statements addressing liability and damages. During the mediation, counsel for each side presented arguments regarding their clients' positions.

6. During the mediation session, I engaged in extensive discussions with counsel in an effort to find common ground between the parties' competing viewpoints. I challenged each side separately to address the weaknesses in each of their positions and arguments. In addition to zealously advancing their respective positions, the parties exchanged settlement demands and offers with an eye towards reasonable compromise. This was a challenging negotiation, however.

7. Ultimately, the mediation reached an impasse in direct negotiations. To broker a resolution, I made a mediator's proposal. Both parties accepted days later.

8. Although I cannot disclose specifics regarding the participants' positions, the Settlement was the product of forceful, oppositional advocacy.

9. Throughout the mediation process, the negotiations between the parties were hard fought and highly contested, but professional, and conducted at arm's-length and in good faith.

10. Based on my experience as a litigator, a former U.S. Magistrate Judge, and a mediator, I believe the Settlement represents a reasoned and sound resolution of this uncertain litigation.

11. I also believe this Settlement is the result of all counsel's expertise and experience in complex class actions and the fierce advocacy and exemplary representation counsel exercised on behalf of their clients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22 day of October, 2024, at Los Angeles, California.

_____
Hon. Jay C. Gandhi (Ret.)