# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: 8:24-cv-00136-DOC-JDEx                    Date: January 13, 2025

Title: Daroya Isaiah et al. v. loanDepot, Inc.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Miriam Baird |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Abbas Kazerounian, Daniel S. Robinson | Mazda Antia |
| Gary M. Klinger, Stephen Larson | |
| Alyssa Brown, Michael Olson | |

**PROCEEDINGS:** MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [83]

The case is called. The Court and counsel confer.

For reason as stated on the record, the Court GRANTS preliminary approval of class settlement [83] as proposed by the parties. The Court's written order to be issued.

: 10

Initials of Deputy Clerk: kdu