**ROBINSON CALCAGNIE, INC.**
Daniel S. Robinson (SBN 244245)
*drobinson@robinsonfirm.com*
Michael W. Olson (SBN 312857)
*molson@robinsonfirm.com*
19 Corporate Plaza Drive
Newport Beach, California
(949) 720-1288; Fax: (949) 720-1292

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
(310) 474-9111; Fax: (310) 474-8585

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
*ak@kazlg.com*
Mona Amini (SBN 296829)
*mona@kazlg.com*
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
(800) 400-6808; Fax: (800) 520-5523

**LARSON, LLP**
Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
(213) 436-4864; Fax: (213) 623-2000

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*Pro Hac Vice*)
*gklinger@milberg.com*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re loanDepot Data Breach Litigation*<br><br>This Document Relates to: All Cases | Case No.: 8:24-cv-00136-DOC-JDEx<br><br><u>Assigned For All Purposes to:</u><br><u>Courtroom 10A; Hon. David O. Carter</u><br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the [Proposed] Order Granting Final Approval of Class Action Settlement attached hereto as Exhibit 1. A Word version will be emailed to Chambers immediately following this filing.

Dated: August 20, 2025

| | |
|---|---|
| */s/ Daniel S. Robinson* | */s/ Stephen G. Larson* |
| Daniel S. Robinson | Stephen G. Larson |
| ROBINSON CALCAGNIE, INC. | LARSON, LLP |
| 19 Corporate Plaza Drive | 555 S. Flower Street, 30th Floor |
| Newport Beach, California | Los Angeles, CA 90071 |
| (949) 720-1288; Fax: (949) 720-1292 | (213) 436-4864; Fax: (213) 623-2000 |
| drobinson@robinsonfirm.com | slarson@larsonllp.com |
| | |
| */s/ Tina Wolfson* | */s/ Gary M. Klinger* |
| Tina Wolfson | Gary M. Klinger |
| AHDOOT & WOLFSON, PC | MILBERG COLEMAN BRYSON |
| 2600 W Olive Ave, Ste 500 | PHILLIPS GROSSMAN, PLLC |
| Burbank, California 91505 | 227 W. Monroe Street, Suite 2100 |
| (310) 474-9111; Fax: (310) 474-8585 | Chicago, IL 60606 |
| twolfson@ahdootwolfson.com | (866) 252-0878 |

*/s/ Abbas Kazerounian*
Abbas Kazerounian
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
(800) 400-6808; Fax: (800) 520-5523
ak@kazlg.com

*Interim Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: August 20, 2025         */s/ Daniel S. Robinson*
                                Daniel S. Robinson