# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: 8:24-cv-00136-DOC-JDExDate: August 25, 2025

Title: Daroya Isaiah et al. v. loanDepot, Inc.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Daniel S. Robinson, Tina Wolfson | Mazda Antia |
| Stephen Larson, Michael Olson | Matthew Brown |
| Mona Amini | |

**PROCEEDINGS:**     MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [92]

                            MOTION FOR ATTORNEY FEES [89]

The case is called. The Court and counsel confer.

For reason as stated on the record, the Court GRANTS final approval of class settlement [92] and Motion for Attorney Fees [89].

The Court's written order to be issued.

                                                                                                          :     21

Initials of Deputy Clerk: kdu