**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re loanDepot Data Breach Litigation*<br><br>This Document Relates to: All Cases | Case No.: 8:24-cv-00136-DOC-JDEx<br><br>Assigned to Hon. David O. Carter<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT [92]** |

**WHEREAS**, the Court held a Final Approval Hearing to consider approval of this class action Settlement on August 18, 2025. The Court has considered the Settlement Agreement (ECF No. 84), all matters submitted to it at the Final Approval Hearing, the relevant law, and all other files, records, and proceedings in this Action.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:**

1. For purposes of this Order, the Court adopts the terms and definitions set forth (and unless otherwise defined, all capitalized terms herein shall have the same meaning as the defined terms) in the Settlement Agreement.

2. The Court has jurisdiction over the subject matter of this Action and all matters relating to the Settlement, as well as personal jurisdiction over the Class Representatives, the Settlement Class Members, and Defendant loanDepot, Inc.

3. <u>Class Notice</u>. The Court finds that the Notice was implemented in accordance with the Preliminary Approval Order and (a) constituted the best practicable notice under the circumstances; (b) constituted notice that is reasonably calculated, under the circumstances, to apprise the Settlement Class of the pendency of the Action; their right to submit a claim; their right to object to any aspect of the Settlement or Class Counsel's motion for attorneys' fees and expenses and Service Awards to the Class Representatives; their right to exclude themselves from the Settlement Class; and their right to appear at the Final Approval Hearing; (c) was reasonable and constituted due, adequate, and sufficient notice to all Persons entitled to receive notice; and (d) met all applicable requirements of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and the rules of the Court.

4. <u>Class Action Fairness Act Notice</u>. The notice to government officials, as given, complied with 28 U.S.C. § 1715.

5. <u>Certification of the Settlement Class for Purposes of Settlement</u>. The Court finds that, for purposes of the Settlement only, all prerequisites for maintenance

of a class action set forth in Federal Rules of Civil Procedure 23(a) and (b)(3) are satisfied. The Court certifies under Rule 23(b)(3) the following Settlement Class for purposes of Settlement only as follows:

> The approximately 16,924,007 individuals in the United States who received notice from loanDepot that their data may have been impacted or otherwise compromised by the Data Breach and are identified on the Settlement Class List. Excluded from the Settlement Class are: (1) the judges presiding over the Action, and members of their families; (2) loanDepot, its subsidiaries, parent companies, successors, predecessors, and any entity in which loanDepot or its parents have a controlling interest and their current or former officers, and directors, and (3) individuals who properly execute and submit a procedurally proper and timely Request for Exclusion prior to the expiration of the Opt-Out Period.

6. The Court further certifies under Rule 23(b)(3) the following California Subclass for purposes of Settlement only as follows:

> The approximately 2,449,083 Settlement Class Members who were residents of the State of California, as identified on the Settlement Class List, and those Settlement Class Members who aver through a valid Claim Form and provide Reasonable Documentation that they were a California resident at the time of the Data Breach.

7. <u>Rule 23(a) and (b) Considerations</u>. The Court incorporates herein by reference the class-certification analysis set forth in the "Order Granting Preliminary Approval of Class Action Settlement and Approving Form and Content of Class Notice." As to the Settlement Class, the Court continues to find that the class action prerequisites of Federal Rule of Civil Procedure 23(a) are satisfied. Specifically, the court continues to find that (i) the class is so numerous that joinder would be impractical, (ii) that common questions of law and fact exist as to the class, (iii) that the claims or defenses of the representative parties, here the Class Representatives, are typical of the claims or defenses of the class, and (iv) that the representative parties will fairly and adequately protect the interests of the class. In addition, the Court continues to find "that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class

action is superior to other available methods for fairly and efficiently adjudicating the controversy." See Fed. R. Civ. P. 23(b)(3).

8. <u>Class Representatives</u>. Plaintiffs Alphonso Woods, David Ware, Deborah McPhail, Josh Krieghauser, Daroya Isaiah, Joshua Beller, Maurice Beckwith, Robert Lash, Ryan Azinger, Lorenz Praefcke, Varun Singh, Debra Coe, Loretta Montgomery, Vidal Hernandez, Tracy Brown, Branislav Sasic, Jessica Schuler, Kyle Nunnelly, Nailah Ricco-Brown, and Matthew McFall are hereby appointed, for settlement purposes only, as Class Representatives for the Settlement Class for purposes of Federal Rule of Civil Procedure 23.

9. <u>Class Counsel</u>. Daniel S. Robinson of Robinson Calcagnie, Inc., Tina Wolfson of Ahdoot & Wolfson, PC, Abbas Kazerounian of Kazerouni Law Group APC, Stephen G. Larson of Larson LLP, and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC are hereby appointed as Class Counsel for the Settlement Class pursuant to Federal Rule of Civil Procedure 23.

10. <u>Final Settlement Approval</u>. In evaluating a proposed class action settlement under Federal Rule of Civil Procedure 23(e), the standard is whether the settlement "is fundamentally fair, adequate, and reasonable." The Court has conducted a careful and probing inquiry regarding the Settlement, which meets the heightened fairness standard applicable prior to class certification. Pursuant to Federal Rule of Civil Procedure 23(e), the Court hereby grants final approval of the Settlement and finds that the Settlement is fair, reasonable, and adequate and in the best interests of the Settlement Class Members based on the following factors, among others:

a. There is no fraud or collusion underlying this Settlement, and it was reached as a result of extensive arm's-length negotiations, occurring over the course of several months and mediation with a respected mediator. *See, e.g., Officers for Justice v. Civil Serv. Comm'n*, 688 F.2d 615, 625 (9th Cir. 1982); *In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 948 (9th Cir. 2011) (presence of a neutral mediator is a factor weighing in favor of a finding of non-collusiveness).

    b. The complexity, expense, and likely duration of the litigation favor settlement—which provides meaningful benefits on a much shorter time frame than otherwise possible—on behalf of the Settlement Class Members. *See, e.g., Lane v. Facebook, Inc.*, 696 F.3d 811, 820 (9th Cir. 2012) (affirming the district court's approval of a settlement where class counsel "reasonably concluded that the immediate benefits represented by the Settlement outweighed the possibility—perhaps remote—of obtaining a better result at trial"); *Class Plaintiffs v. City of Seattle*, 955 F.2d 1268, 1276 (9th Cir. 1992) (the Ninth Circuit has a "strong judicial policy that favors settlements, particularly where complex class action litigation is concerned"). Based on the stage of the proceedings and the amount of investigation and confirmatory discovery conducted during settlement negotiations, the Parties have developed a perspective on the strengths and weaknesses of their respective cases to "make an informed decision about settlement." *In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (quoting *Linney v. Cellular Alaska P'ship*, 151 F.3d 1234, 1239 (9th Cir. 1998)).

    c. The support of Class Counsel and the Class Representatives, who have participated in this litigation and evaluated the proposed Settlement, also favor final approval. *See Boyd v. Bechtel Corp.*, 485 F. Supp. 610, 622 (N.D. Cal. 1979).

    d. The Settlement provides meaningful relief to the Class, including cash relief and injunctive relief, and falls within the range of possible recoveries by the Settlement Class Members.

   11. <u>Releases</u>. The Releases set forth in Section IV.C. of the Settlement Agreement are expressly incorporated herein. The Releases are effective as of the Effective Date, and the Releasing Parties shall have absolutely and unconditionally released and forever discharged the Released Parties from the Released Claims. In addition, the Released Parties are hereby forever barred and enjoined from prosecuting the Released Claims against the Released Parties.

12. <u>Opt Outs</u>. The individuals identified in Exhibit 1 attached hereto and incorporated by this reference, submitted timely and valid Requests for Exclusion during the Opt-Out Period, are not releasing any claims, and are not bound by the terms of the Settlement Agreement or this Order. These individuals shall not share in the monetary benefits of the Settlement, and this Order does not affect their legal rights to pursue any claims they may have against Defendant.

13. <u>Objections</u>. No timely objections were filed.

14. <u>Attorneys' Fees and Expenses</u>. The Court finds that an award of attorneys' fees in the amount of **$7,500,000.00** and reimbursement of costs and expenses in the separate amount of **$57,346.40** to Class Counsel is fair and reasonable; and therefore, approves such award. Class Counsel has the sole and absolute discretion to allocate this award to Plaintiffs' Counsel and any other attorneys based on each attorney's contributions to the prosecution and settlement of these Actions. No other counsel will be entitled to an independent award of attorneys' fees or expenses.

15. <u>Service Awards</u>. The Court finds that a Service Award in the amount of **$2,500** to each Class Representative is fair and reasonable; and therefore, approves such payment. Such amounts shall be paid to the Class Representatives pursuant to and consistent with the terms of the Settlement Agreement.

16. <u>Administrative Expenses.</u> Consistent with Paragraph 14 of the Preliminary Approval Order, the Court finds that the Settlement Administrator shall recover not more than $2,585,806.12 in reasonable costs and notice and costs of administering the Settlement, which shall be paid from the Settlement Fund as contemplated by Paragraphs IV.A.2 and IV.D.69 of the Settlement Agreement.

17. <u>Dismissal with Prejudice</u>. The Action, including all actions consolidated into the Action, and all individual and class claims asserted in the Consolidated Class Action Complaint, are settled and dismissed on the merits with prejudice.

18. <u>Jurisdiction</u>. Consummation of the Settlement shall proceed as described in the Settlement Agreement, and the Court reserves jurisdiction over the subject matter

and each Party to the Settlement with respect to the interpretation and implementation of the Settlement for all purposes, including enforcement of any of the terms thereof at the instance of any Party and resolution of any disputes that may arise relating to the implementation of the Settlement or this Order.

19. <u>Retention of Jurisdiction; Binding Effect</u>. Without affecting the finality of this Order in any way, the Court shall retain jurisdiction over this Action, the Class Representatives, members of the Settlement Class, and Defendant to enforce the terms of the Settlement, the Court's order preliminarily certifying the class (ECF No. 88), and this Order for six (6) months. If any applications for relief are made, such applications shall be made to the Court. To avoid doubt, this Order applies to and is binding upon the Parties, the Settlement Class Members, and their respective heirs, successors, and assigns.

20. <u>No Admission of Liability</u>. The Settlement and this Order are not admissions of liability or fault by the Released Parties, or a finding of the validity of any claims in the Action or of any wrongdoing or violation of law by the Released Parties. To the extent permitted by law, neither this Order, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability of, or admission by, the Released Parties. Notwithstanding the foregoing, nothing in this Order shall be interpreted to prohibit the use of this Order in a proceeding to consummate or enforce the Settlement or this Order, or to defend against the assertion of released claims in any other proceeding, or as otherwise required by law.

21. <u>Modification of the Agreement of Settlement</u>. Without further approval from the Court, the Parties are hereby authorized to agree to and adopt such amendments or modifications of the Settlement Agreement or any exhibits attached thereto to effectuate the Settlement that: (a) are not materially inconsistent with this Order; and (b) do not materially limit the rights of Settlement Class Members in

connection with the Settlement. Without further order of the Court, the Parties may agree to reasonable extensions of time to carry out any of the provision of the Settlement Agreement.

22. <u>Termination of Settlement</u>. If the Settlement is terminated as provided in the Settlement Agreement or the Effective Date of the Settlement otherwise fails to occur, this Order shall be vacated, rendered null and void and be of no further force and effect, except as otherwise provided by the Settlement Agreement, and this Order shall be without prejudice to the rights of Plaintiffs, Settlement Class Members, and the Defendant, and the Parties shall be deemed to have reverted *nunc pro tunc* to their respective litigation positions in the Action immediately prior to the execution of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 25, 2025

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

|    | First Name | Last Name | Status |
|----|------------|-----------|--------|
| 1  | GARVIN     | ABERNATHY | Valid  |
| 2  | SARAH      | ABERNATHY | Valid  |
| 3  | CARLOS     | AGUIRRE   | Valid  |
| 4  | LAURA      | AIARDO    | Valid  |
| 5  | LELA       | ALSTON    | Valid  |
| 6  | SHAWN      | ALSTON    | Valid  |
| 7  | GAIL       | AMATI     | Valid  |
| 8  | PATRICIA   | ANGLIN    | Valid  |
| 9  | RICK       | BAILEY    | Valid  |
| 10 | DONALD     | BALIGA    | Valid  |
| 11 | VANCE      | BEAUREGARD| Valid  |
| 12 | VALERIE    | BEDFORD   | Valid  |
| 13 | JUSTINE    | BLANCHET  | Valid  |
| 14 | BRENDA     | BLAND     | Valid  |
| 15 | DANIEL     | BOAK      | Valid  |
| 16 | JESSICA    | BOAK      | Valid  |
| 17 | JOSEPH     | BOASIAKO  | Valid  |
| 18 | ERIC       | BOATWRIGHT| Valid  |
| 19 | DAVE       | BOEHME    | Valid  |
| 20 | SAMUEL     | BOGALE    | Valid  |
| 21 | JAMES      | BOND      | Valid  |
| 22 | ELIZABETH  | BORTH     | Valid  |
| 23 | GARY       | BRENDLE   | Valid  |
| 24 | DIANNE     | BRIGGS    | Valid  |
| 25 | JEFFREY    | BROGE     | Valid  |
| 26 | CHARLES    | BROWN     | Valid  |
| 27 | LENA       | BRYANT    | Valid  |
| 28 | JAMES      | BUSH      | Valid  |
| 29 | SUSAN      | BUTLER    | Valid  |
| 30 | GINA       | CABRERA   | Valid  |
| 31 | ANTONIO    | CALELLO   | Valid  |
| 32 | TIMOTHY    | CARL      | Valid  |
| 33 | TAYLOR     | CASEY     | Valid  |
| 34 | DANIEL     | CASILLAS  | Valid  |
| 35 | GARY       | CAWIEZELL | Valid  |
| 36 | YEJU       | CHOI      | Valid  |
| 37 | RANA       | CHRISTENSEN| Valid |
| 38 | MATTHEW    | CIRINEO   | Valid  |
| 39 | ZACHARY    | CLAMMER   | Valid  |
| 40 | KAY        | COLLINS   | Valid  |
| 41 | DANIEL     | CONSTANCIO| Valid  |
| 42 | DOLORES    | CORNETT   | Valid  |
| 43 | STEPHEN    | COSBY     | Valid  |
| 44 | FREDERICK  | COUGILL   | Valid  |
| 45 | SUSAN      | COUGILL   | Valid  |
| 46 | AARON      | COWEN     | Valid  |

| | First Name | Last Name | Status |
|---|---|---|---|
| 47 | ALEX | CROCKER | Valid |
| 48 | ASHLEY | CROCKER | Valid |
| 49 | MARTY | CURTIS | Valid |
| 50 | DAVID | DAGHFAL | Valid |
| 51 | MARY | DESCHAMP | Valid |
| 52 | MAURO | DIAZ | Valid |
| 53 | KOSTA | DJORDJEVIC | Valid |
| 54 | LEONARD | EARL | Valid |
| 55 | SHERYL | EILER | Valid |
| 56 | SUSAN | ELLIS | Valid |
| 57 | VICKI | ELWOOD | Valid |
| 58 | CINDY | ERNHARTH | Valid |
| 59 | RAQUEL | ESPINOZA | Valid |
| 60 | DEREK | FAUNTLEROY | Valid |
| 61 | RONALD | FELDSTEIN | Valid |
| 62 | JANE | FERRARA | Valid |
| 63 | CHARLESA | FLATTEN | Valid |
| 64 | KYLE | FLATTEN | Valid |
| 65 | DAWN | FRANK | Valid |
| 66 | KENNETH | FRANKEL | Valid |
| 67 | ANTHONY | FUSCO | Valid |
| 68 | JOSEPH | GAGNIER | Valid |
| 69 | JOSELYN | GALVEZCRUZ | Valid |
| 70 | NATALIA | GALYUTINA | Valid |
| 71 | DEBRA | GELINAS | Valid |
| 72 | PATRICK | GEORGE | Valid |
| 73 | DITLIND | GIZHA | Valid |
| 74 | PATRICK | GLASS | Valid |
| 75 | JOSE | GONZALEZ | Valid |
| 76 | RAFAEL | GONZALEZ | Valid |
| 77 | TYLER | GRANTHAM | Valid |
| 78 | CAROL | GRAY | Valid |
| 79 | KATLYN | GREENLEE | Valid |
| 80 | SHELLY | GREGORY | Valid |
| 81 | ANDREW | GUSTINE | Valid |
| 82 | RAFAEL | HABIB ABREU | Valid |
| 83 | LAURA | HAMACHER | Valid |
| 84 | Deann | Harder | Valid |
| 85 | MICHAEL | HAREN | Valid |
| 86 | CAROL | HARLEY | Valid |
| 87 | HERBERT | HARLEY | Valid |
| 88 | REBECCA | HARMON | Valid |
| 89 | KURT | HARRIGER | Valid |
| 90 | GEORGE | HARRIS | Valid |
| 91 | JOHN | HARTLEP | Valid |
| 92 | Robert | HATCHER | Valid |

|  | First Name | Last Name | Status |
|---|---|---|---|
| 93 | Elijah | Hawk | Valid |
| 94 | RUTH | HEARON | Valid |
| 95 | REBECCA | HEATH | Valid |
| 96 | TARYSHA | HENRY | Valid |
| 97 | GARRY | HENSON | Valid |
| 98 | ERICK | HEROUX | Valid |
| 99 | JONI | HIGH | Valid |
| 100 | PATTY | HINTZ | Valid |
| 101 | DAVID | HOKERSON | Valid |
| 102 | SHELDON | HOMER | Valid |
| 103 | GARY | HUFF | Valid |
| 104 | KATHY | HUFF | Valid |
| 105 | SHIRLEY | HUTCHINGS | Valid |
| 106 | HILDEGAL | IORGA | Valid |
| 107 | GRACIELA | IVARRA | Valid |
| 108 | KEISHA | JACQUET | Valid |
| 109 | Brook | Jamali | Valid |
| 110 | JOHANNA | JOHNSON | Valid |
| 111 | JOHN | JOHNSON | Valid |
| 112 | SHEILA | JOSEPH | Valid |
| 113 | CHRISTINA | KALINOGLU | Valid |
| 114 | VARADARAJ | KAMATH NILESHWAR | Valid |
| 115 | JEREMY | KERSEY | Valid |
| 116 | Hasan | KESKIN | Valid |
| 117 | LORCAN | KILROY | Valid |
| 118 | DENNY | KIM | Valid |
| 119 | STEPHANIE | KIM | Valid |
| 120 | JASON | KUCHARCZUK | Valid |
| 121 | GAURAV | KUMAR | Valid |
| 122 | LUCI | LAGEMANN | Valid |
| 123 | DANIEL | LAMBSON | Valid |
| 124 | OLIVER | LARSON | Valid |
| 125 | KEVIN | LCARR | Valid |
| 126 | COREY | LEON | Valid |
| 127 | FRANCES | LICHARD | Valid |
| 128 | GREGORY | LIEBERGEN | Valid |
| 129 | LISA | LINTON | Valid |
| 130 | MICHAEL | LOTT | Valid |
| 131 | ANDREW | LOUTFI | Valid |
| 132 | SHAWNIS | LOW | Valid |
| 133 | BRET | LUMPKIN | Valid |
| 134 | MARY | LUNN | Valid |
| 135 | TRUC | LUU | Valid |
| 136 | HUEY | MACE | Valid |
| 137 | IRENE | MACNAUGHTON | Valid |
| 138 | JOHN | MACNAUGHTON | Valid |

|     | First Name | Last Name | Status |
| --- | --- | --- | --- |
| 139 | JEAN | MAHONY | Valid |
| 140 | PATRICIA | MAJCHROWICVMOJEK | Valid |
| 141 | PATRICIA | MALINOWSKI | Valid |
| 142 | CASSANDRA | MALLOY | Valid |
| 143 | Albert | Marotte | Valid |
| 144 | GEORGE | MARSHALL | Valid |
| 145 | JUDITH | MARSHALL | Valid |
| 146 | HENRY | MARTINEZ | Valid |
| 147 | TIMOTHY | MASON | Valid |
| 148 | SHARON | MCATEE | Valid |
| 149 | SCOTT | MCKISSICK | Valid |
| 150 | RUDY | MENDOZA | Valid |
| 151 | ROBERT | MICHELUCCI | Valid |
| 152 | JAY | MILLSTONE | Valid |
| 153 | DAVID | MMECIKALSKI | Valid |
| 154 | SAM | MOATS | Valid |
| 155 | GREGORY | MOJEK | Valid |
| 156 | JARAD | MONIN | Valid |
| 157 | DARLENE | MOORE | Valid |
| 158 | DEIJA | MORGAN | Valid |
| 159 | RODNEY | MORISON | Valid |
| 160 | Kailash | Nathan | Valid |
| 161 | RACHEL | NELSON | Valid |
| 162 | PAUL | NICASTRI | Valid |
| 163 | MICHAEL | NILSON | Valid |
| 164 | MONTE | NORGAARD | Valid |
| 165 | PETER | NORVID | Valid |
| 166 | TANCE | OVERSTREET | Valid |
| 167 | DEBRA | PAIGE | Valid |
| 168 | GUSTAVO | PALACIOS | Valid |
| 169 | DAVID | PALLAS | Valid |
| 170 | LINDA | PALMIERI | Valid |
| 171 | GERARDO | PANTOJA | Valid |
| 172 | WILLIAM | PARKS | Valid |
| 173 | RICHARD | PASTELLA | Valid |
| 174 | KENNETH | PATE | Valid |
| 175 | JOSEPH | PELLEGRINI | Valid |
| 176 | STEVEN | PETRASIC | Valid |
| 177 | MARCELLA | PHANNENSTIEL | Valid |
| 178 | JAMES | PIANELLI | Valid |
| 179 | VANESSA | PITRE | Valid |
| 180 | LINDBERG | PLAISANCE | Valid |
| 181 | SALVATORE | PROFACI | Valid |
| 182 | NATHANIEL | PUGH | Valid |
| 183 | TRACI | REID | Valid |
| 184 | JANINE | RENZELMAN | Valid |

|  | First Name | Last Name | Status |
|---|---|---|---|
| 185 | TAMARA | RENZI | Valid |
| 186 | WILLIAM | RHODEN | Valid |
| 187 | ANA CAROLINA BENTO | RIBEIRO | Valid |
| 188 | Richard | Ridenour | Valid |
| 189 | BRUCE | ROBINSON | Valid |
| 190 | JOHN | ROBSON | Valid |
| 191 | CANDACE | RODEMAN | Valid |
| 192 | ELIANA | RODRIGUEZ | Valid |
| 193 | RICARDO | RODRIGUEZ | Valid |
| 194 | ADRIENNE | RODRIQUEZ | Valid |
| 195 | Lisa | Ross | Valid |
| 196 | ROBERT | RUTZEL | Valid |
| 197 | KYO | SAEANG | Valid |
| 198 | JORGE | SALCIDO | Valid |
| 199 | Lucio | Samora | Valid |
| 200 | TERENCE | SAMPSON | Valid |
| 201 | ORLANDO | SANTIAGO | Valid |
| 202 | DANIEL | SENNHOLTZ | Valid |
| 203 | KAMERON | SETH JUREY | Valid |
| 204 | HAROLD | SHEARER | Valid |
| 205 | ANNA | SHOWALTER | Valid |
| 206 | DANIEL | SHOWALTER | Valid |
| 207 | STEVEN | SIEDLARZ | Valid |
| 208 | William | Slocum | Valid |
| 209 | TYRONE | SMITH | Valid |
| 210 | SHERYL | SMOKE | Valid |
| 211 | FRANK | SPADACCINI | Valid |
| 212 | NANNETTE | SPENCER | Valid |
| 213 | Toby | Spitalnick | Valid |
| 214 | JONATHAN | SPRAGUE | Valid |
| 215 | CHARLES | SPURLOCK | Valid |
| 216 | EILEEN | STANDARD | Valid |
| 217 | CHRISTIAN | STANKEE | Valid |
| 218 | MACKENZIE | STECKO | Valid |
| 219 | RUSS | STEMKE | Valid |
| 220 | JAMES | STOKES | Valid |
| 221 | SCOTT | STROUD | Valid |
| 222 | STEVE | SWAIN | Valid |
| 223 | PETER | TANGNEY | Valid |
| 224 | ELIZABETH | TENEN | Valid |
| 225 | DAVID | THOMPSON | Valid |
| 226 | BYRON | TILLERY | Valid |
| 227 | CLIFF | TOMPKINS | Valid |
| 228 | GARY | TRAMMELL | Valid |
| 229 | JARROD | TRIBA | Valid |
| 230 | MARK | VALENTINI | Valid |

|   | First Name | Last Name | Status |
|---|---|---|---|
| 231 | YVONNE | VALENZUELA | Valid |
| 232 | Rodney | Wadley | Valid |
| 233 | SHANNON | WALKER | Valid |
| 234 | KELLY | WARREN | Valid |
| 235 | LESLIE | WARREN | Valid |
| 236 | DUANE | WEST | Valid |
| 237 | BRITTANY | WHETSTINE | Valid |
| 238 | GEORGE | WHITE | Valid |
| 239 | JASON | WILLIAMS | Valid |
| 240 | KARI | WILLIAMS | Valid |
| 241 | SHAWN | WILSON | Valid |
| 242 | JOHN | WINTER-NOLTE | Valid |
| 243 | DWAYNE | WOLF | Valid |
| 244 | Adam | Wood | Valid |
| 245 | SUSAN | WORTH | Valid |
| 246 | WILL | WORTH | Valid |
| 247 | JONATHAN | WRIGHTSELL | Valid |
| 248 | DIANE | ZELMER | Valid |
| 249 | RUFEI | ZHOU | Valid |
| 250 | PATE | BRENDA | Invalid Signature |
| 251 | KELLY | DEFREES | Invalid Signature |
| 252 | KIMBERLY | MYLES | Invalid Signature |
| 253 | KAREN | POUSSON | Invalid Signature |
| 254 | Darvin | Raph | Invalid Signature |
| 255 | WILLIAM W | WINGARD JR | Unable to Match to Class List |