**Dorthea Yarbrough**
1318 19th Ave SW
Decatur, AL 35601
256-345-6616
theayar1@gmail.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

September 30, 2025

**Clerk of the Court**
United States District Court
Central District of California, Southern Division
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street
Santa Ana, CA 92701

**Re:** *In re loanDepot Data Breach Litigation*
Case No. 8:24-cv-00136-DOC-JDE

**Notice to Settlement Administrator - Enclosed please find a copy of my request for consideration regarding my inability to file a timely claim in the In re loanDepot Data Breach Litigation settlement. I previously contacted your office by email but did not receive a substantive response to my specific request for an exception. Please be advised that I am forwarding this same request and supporting documentation to the United States District Court, Central District of California, for review and consideration.**

Dear Clerk of the Court,

Please find enclosed a letter I am submitting as a Settlement Class Member in the above-referenced matter, along with supporting exhibits. I respectfully request that this correspondence be filed with the Court for consideration.

The enclosed materials include:

- Request Letter for Consideration
- Exhibit A: Data Breach Notice
- Exhibit B: Fraudulent Credit Card Charge Documentation
- Exhibit C: Police Report
- Exhibit D: Email Correspondence with Settlement Administrators
- Exhibit E – Time & Expense Log (Excel)

Thank you for your time and assistance in processing these materials. Please let me know if any additional steps are required.

Sincerely,
**Dorthea Yarbrough**

September 30, 2025

United States District Court
Central District of California, Southern Division
In re loanDepot Data Breach Litigation
Case No. 8:24-cv-00136-DOC-JDE

## Request for Consideration – LoanDepot Data Breach Settlement

The Honorable Court,

I am writing as an affected individual in the LoanDepot data breach settlement. While I did receive notice of the breach, I did not receive proper or sufficient notice of the settlement claim process and deadlines. As a result, I was unable to file a claim before the deadline expired.

I attempted to resolve this issue directly with the Settlement Administrators by email prior to contacting the Court. Unfortunately, their replies did not address my specific request regarding an exception for lack of proper notice, but instead only repeated the deadline information. As such, I am left with no choice but to respectfully bring this matter to the Court's attention.

I have suffered direct financial harm linked to the breach, including a fraudulent charge of $521 on my credit card in May 2024, which I continue to dispute with the credit bureaus. I am very concerned that my rights under the settlement may be lost due to lack of proper notice.

I respectfully request that the Court allow me to submit a late claim, or in the alternative, provide direction as to the appropriate remedy available for individuals similarly impacted who were not adequately informed of the claim process.

I greatly appreciate the Court's time and consideration of my request.

Sincerely,

9-30-2025

Dorthea Yarbrough
1318 19th Ave SW
Decatur, AL 35601
256-345-6616
theayar1@gmail.com

Clerk of the Court
United States District Court
Central District of California
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Exhibit: 1319 ( 1 of 4 )



Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

February 23, 2024



K7315-L01-6057135 T15461 P252 ********SCH 5-DIGIT 35601
DORTHEA YARBROUGH
1318 19TH AVE SW
DECATUR, AL 35601-3756

## NOTICE OF DATA BREACH

Dear **Dorthea Yarbrough,**

We are writing to inform you of a data security incident in which your sensitive personal information may have been accessed by an unauthorized third party. This notice provides information concerning the incident and the services we are offering at no charge to help you protect yourself.

### What Happened?

On or about January 4, 2024, loanDepot identified a potential incident affecting its systems. We promptly took a series of steps to contain the incident, remediate the issue, contact law enforcement, and launch an investigation of the incident. Through our investigation of the incident, we determined that between January 3rd and January 5th, 2024, an unauthorized third party gained access to certain of our systems, including certain sensitive personal information stored in those systems.

### What Information Was Involved?

The incident may have impacted your name, address, email address, financial account numbers, social security number, phone number, and date of birth.

### What We Are Doing

We promptly took a series of steps to contain the incident, remediate the issue and contact law enforcement. We also launched an investigation of the incident, working with outside forensics and cybersecurity experts, to identify whether your information may have been accessed and to further secure our systems. Although we have no evidence at this time that your information has been misused for identify or fraud as a result of this incident, to help protect your identity, we are offering you 24 months of identity protection services and credit monitoring from a leading identity monitoring services company, Experian, at no charge. These services help detect possible misuse of your personal information and provide you with identity protection support focused on identification and resolution of identity theft. For instructions on completing the enrollment process for these complementary protection services, please refer to the instructions below.

### What You Can Do

In addition to the complementary identity protection services and credit monitoring we are providing to you, we want to make you aware of further steps that you can take as a precaution. Please review the Additional Information at the end of this letter for more information.

1

B114813

Exhibit A (Page 4)

**For More Information**

If you have any further questions regarding this incident, please call our dedicated and toll-free response line that we have set up to respond to questions at 1-833-918-0895, Monday through Friday from 8:00 a.m. to 8:00 p.m. Central Time.  Please be prepared to reference engagement B114813 when speaking with an agent.

Sincerely,

loanDepot.com, LLC
6561 Irvine Center Drive, Irvine, California 92618

*9-05-05*
*Loan Depot Cust Care Dept.*
*866-258-6572*
*Samatha*

### INSTRUCTIONS FOR EXPERIAN IDENTITYWORKS

To help protect your identity, we are offering complimentary access to Experian IdentityWorks$^{SM}$ for twenty-four (24) months.

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 24-month membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information, please follow the steps below:

- Ensure that you **enroll by** May 31, 2024 (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/credit
- Provide your **activation code: P7HSWFKRJWV**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident, or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 1-833-918-0895 by May 31, 2024. Be prepared to provide engagement number B114813 s proof of eligibility for the Identity Restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 24-MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.

B114813

K7315-L01

Exhibit # A (3 of 4)

- ▪ **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- ▪ **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- ▪ **$1 Million Identity Theft Insurance**:** Provides coverage for certain costs and unauthorized electronic fund transfers.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

** The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

## ADDITIONAL INFORMATION

- ▪ **Review Accounts and Credit Reports:** You can regularly review statements from your accounts and periodically obtain your credit report from one or more of the national credit reporting companies. You may obtain a free copy of your credit report online at www.annualcreditreport.com, by calling toll-free 1-877-322-8228, or by mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281. You may also purchase a copy of your credit report by contacting one or more of the three national credit reporting agencies listed below.

You should remain vigilant with respect to reviewing your account statements and credit reports, and you should promptly report any suspicious activity or suspected identity theft to the proper law enforcement authorities, including local law enforcement, your state's attorney general, and/or the Federal Trade Commission ("FTC"). You may contact the FTC or your state's regulatory authority to obtain additional information about avoiding and protecting against identity theft. The FTC can be reached at: Federal Trade Commission, Consumer Response Center 600 Pennsylvania Avenue, NW, Washington, DC 20580, 1-877-IDTHEFT (438-4338), www.ftc.gov/idtheft.

> **For Washington, D.C. Residents:** You may also obtain information about preventing and avoiding identity theft from the Washington D.C. Attorney General's Office: Office of the Attorney General, 400 6th Street, NW, Washington, DC 20001, (202) 727-3400, https://oag.dc.gov/consumer-protection.

> **For Iowa Residents:** You may report suspected incidents of identity theft to local law enforcement or contact the Iowa Office of the Attorney General: Iowa Office of the Attorney General, Consumer Protection Division, Hoover State Office Building, 1305 E. Walnut Street, Des Moines, Iowa 50319, 515-281-6771, https://www.iowaattorneygeneral.gov/for-consumers/.

> **For Maryland Residents:** You may also obtain information about preventing and avoiding identity theft from the Maryland Office of the Attorney General: Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023, www.oag.state.md.us.

> **For New York Residents:** You may also obtain information about preventing and avoiding identity theft from the New York Attorney General's Office: Office of the Attorney General, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov/internet/privacy-and-identity-theft.

> **For North Carolina Residents:** You may also obtain information about preventing and avoiding identity theft from North Carolina Attorney General's Office: North Carolina Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, 1-877-5-NO-SCAM, www.ncdoj.gov.

B114813

K7315-L01

Exhibit #16 (1 of 4)

**For Oregon Residents:** You may also report suspected identity theft to local law enforcement, including the Oregon Office of the Attorney General: Oregon Office of the Attorney General, Consumer Protection, 1162 Court St. NE, Salem, OR 97301, 1-877-877-9392, https://www.doj.state.or.us/consumer-protection/id-theft-data-breaches/data-breaches/.

**For Rhode Island Residents:** By law, you have a right to obtain a police report filed relating to these incidents (if any), and if you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may contact the Rhode Island Attorney General at: Rhode Island Office of the Attorney General, 150 South Main Street, Providence, RI 02903, 1-401-274-4400, www.riag.ri.gov.

- **Security Freezes and Fraud Alerts:** You have a right to place a security freeze on your credit report at no cost, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. You may request that a freeze be placed on your credit report by calling the numbers of the credit reporting agencies specified below, sending a request to the credit reporting agencies' addresses specified below by certified mail, overnight mail or regular stamped mail, or by visiting the website addresses of the credit reporting agencies below.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements. Please contact the three major credit reporting companies as specified below to find out more information about placing a security freeze on your credit report.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. You can place a fraud alert on your credit report by contacting any of the three national credit reporting agencies at the addresses or toll-free numbers listed below.

You can obtain more information about fraud alerts and credit freezes by contacting the FTC or one of the following national credit reporting agencies:

| | | |
|---|---|---|
| Equifax (www.equifax.com) | Experian (www.experian.com) | TransUnion (www.transunion.com) |
| **General Contact:** | **General Contact:** | **General Contact, Fraud Alerts and Security Freezes:** |
| P.O. Box 740241, Atlanta, GA 30374 | P.O. Box 2104, Allen, TX 75013 | |
| 800-685-1111 | 888-397-3742 | P.O. Box 2000, Chester, PA 19022 |
| **Fraud Alerts and Security Freezes:** | **Fraud Alerts and Security Freezes:** | 800-916-8800 |
| P.O. Box 740256, Atlanta, GA 30374 | P.O. Box 9556, Allen, TX 75013 | |

4

B114813

K7315-J-01

*Exhibit B*



| Cardmember | Ally Credit Card | Page |
|---|---|---|
| DORTHEA YARBROUGH | Ending in 3360 | 1 of 2 |

## Statement Summary

| | |
|---|---|
| New Statement Balance | $930.70 |
| **Minimum Payment Due** | **$27.00** |
| **Payment Due Date** | **06/28/2024** |
| Past Due Amount | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 Years | $2,018.00 |
| $41.00 | 3 Years | $1,459.00 (Savings = 559.00) |

For information about Credit Counseling Services, call 1-877-413-6322

For account servicing, visit ally.com or call 1-888-366-2559

## Summary of Account Activity

| | |
|---|---|
| Statement Closing Date | 06/03/2024 |
| Previous Balance | $0.00 |
| - Payments | $40.81 |
| - Other Credits | $0.00 |
| +Purchases | $930.70 |
| +Cash Advances | $0.00 |
| +Other Debits | $40.81 |
| +Fees Charged | $0.00 |
| +Interest Charged | $0.00 |
| **New Statement Balance** | **$930.70** |
| Credit  Limit | $3,400.00 |
| Available Credit | $2,469.00 |
| Cash Access Limit | $1,020.00 |
| Available for Cash | $1,020.00 |
| Cash Back Rewards Balance | $18.60 |

## Transactions

| Trans Date | Post Date | Reference | Description | Amount |
|---|---|---|---|---|
| 05/04 | 05/04 | 5230186GF0EWY3MAF | SUNOCO 0885306100 QPS DECATUR AL | $4.40 |
| 05/05 | 05/05 | 2524780GE00XPTVFK | HARDEES 1501400 DECATUR AL | $24.78 |
| 05/06 | 05/06 | 5543286GF6350FQW3 | HTL*STAYBRIDGESUIT   800-468-3578 TX | $323.22 |
| 05/06 | 05/06 | 5230186GG0EWY42J1 | SUNOCO 0885306100 QPS DECATUR AL | $10.44 |
| 05/07 | 05/07 | 5543286GG63DZD5TM | SQ *HAIRQUEEN BEAUTY L DECATUR AL | $75.15 |
| 05/07 | 05/07 | 0543684GHBLK1D3G6 | WM SUPERCENTER #662 DECATUR AL | $352.82 |
| 05/08 | 05/08 | 1230202GH001ZE3WG | MCDONALDS 5566 DECATUR NC | $10.77 |

1104      XNH      1      7  2    240603    0          PAGE 1 of 3          1 0  2112   2000   FSF2  O1AA1104

▼ Detach the bottom portion and return payment using enclosed envelope to be received no later than 5 p.m. on the due date ▼

Pay online at ally.com or in the app -
It's the fastest way to pay

Please make checks payable to:
**Ally Credit Card**

☐ **New address, phone number or e-mail?** Check the box to the left and print changes on back.

| Account Number Ending | 3360 |
|---|---|
| New Statement Balance | $930.70 |
| Minimum Payment Due | $27.00 |
| Payment Due Date | 06/28/2024 |
| **Amount Enclosed $** | |

| Payment Due Date | | | | | | |
|---|---|---|---|---|---|---|
| June | | | | | | |
| S | M | T | W | T | F | S |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

ALLY CREDIT CARD
P.O. BOX 660371
DALLAS TX 75266-0371

DORTHEA YARBROUGH
1318 19TH AVE SW
DECATUR AL 35601-3756

000027000009307053799320062433602

Exhibit 124 (1 of 6)




# Decatur Police Department
## Detail

| | |
|---|---|
| **Print Date/Time:** 09/29/2025 15:38 | Decatur Police Department |
| **Login ID:** decatur\cpowell | **ORI Number:** AL0520100 |
| **Case Number:** 2025-00020759 | |

## Case Details:

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 2025-00020759 | **Incident Type:** | Theft (Felony) | |
| **Location:** | 1318 19TH AVE SW | **Occurred From:** | 05/07/2024 15:30 | |
| | Decatur,AL 35601 | **Occurred Thru:** | 05/07/2024 15:30 | |
| | | **Reported Date:** | 07/02/2025 12:51 Wednesday | |
| **Reporting Officer ID:** | 597-Vandiver | **Status:** | Closed | **Status Date:** 07/02/2025 |
| | | **Disposition:** | Unfounded | **Disposition Date:** 07/03/2025 |
| **Assigned Bureau:** | Property Crimes | | | |
| | | | | **Reporting District:** Zone 2 |

## Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| 596-Watson | 07/03/2025 00:00 | Lead Investigator | 534-Mukaddam | |

| Associated Cases | Status | Assisting ORIs | Role | |
|---|---|---|---|---|
| Modus Operandi | | Solvability Factors | Weight | |
| | | | Total: | |
| Action Taken | | Reason If No Arrest | | |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 26B | 13A-9-14(b) | Fraud-FUCC Fraudulent Use Credit/Debit Card | 1 |

Exhibit (13 of 6)

 

# Decatur Police Department
## Detail

| | |
|---|---|
| **Print Date/Time:** 09/29/2025 15:38 | |
| **Login ID:** decatur\cpowell | **Decatur Police Department** |
| **Case Number:** 2025-00020759 | **ORI Number:** AL0520100 |

### Offense # 1

| | | | | | |
|---|---|---|---|---|---|
| **Group/ORI:** State | **Crime Code:** 26B | **Statute:** 13A-9-14(b) | **Counts:** 1 | **Attempt/ Commit Code:** Commit |
| **Description:** Fraud-FUCC Fraudulent Use Credit/Debit Card | | | | |
| NCIC Code: | **Scene Code:** Hotel/Motel/Etc. | | | **Offense Date:** 05/07/2024 |
| Offense Status: | Status Date: | | | **Bias/Motivation:** None |
| Clery Location: | Aiding/Abetting: | | | Occupancy Code: |
| Arson Code: | Abandoned Structure: | | | Sub-Code: |
| Gang Related: | # of Adults: | | | Organized Group: |
| Property Damage Amt.: | # of Juveniles: | | | **IBR Seq. No.:** 1 |
| Accosting Situation: | Carjacking: | | | Household Status: |
| Gambling Motivated: | Anti-reproductive rights crime: | | | Lane: |
| Carjacking - Bump, Rob | Carjacking - Witness: | | | **Cargo Theft:** No |
| Premise Code: | Bias Based On: | | | Carjacking - Shooting. |
| Special Circumstances | Hate Bias Indicator: | | | Bias Target: |
| | | | | School Incident: |
| | | | | Precipitating Event: |

| **Offender Suspected of Using** | **Victim Suspected of Using** | **Domestic** |
|---|---|---|
| **Alcohol:** Unknown | Alcohol: | Child Protective Services |
| **Drugs:** Unknown | Drugs: | Child Abuse: |
| **Computer:** Yes | Computer: | Domestic Code: |

Associated Deaths
Adult Male:    Adult Female:    Juvenile Male:    Juvenile Female:

Domestic Circumstance:
Order of Protection:
Prior Inv - Offender:
Prior Inv - Victim:

Time Spent
Years:    Months:    Days:    Hours:    Minutes:    Seconds:

Aggravated Assault/ Homicide Circumstances #1

Aggravated Assault/ Homicide Remarks #1:

Justifiable Homicide Circumstances :
Method of Entry Type:
Method of Entry :
Point of Entry:
Direction of Travel:
How Offender Left Scene

Aggravated Assault/ Homicide Circumstances #2

Aggravated Assault/ Homicide Remarks #2

Justifiable Homicide Code
Larceny Type:
Method of Exit Type:
Method of Exit :
Point of Exit:
# of Premises Entered :

Counterfeit
Type:
Status:
Amount:

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Suspect | 1 | 2025-00020759, Unknown | | | Unknown | Unknown | |
| Victim | 1 | Yarbrough, Dorthea | 1318 19TH AVE SW | (256)642-9918 | Black/African American | Female | 09/30/1977 |
| | | | Decatur,AL 35601 | | | | 47 |

Exhibit C (3 of 6)

 

# Decatur Police Department
## Detail

**Print Date/Time:** 09/29/2025 15:38
**Login ID:** decatur\cpowell
**Case Number:** 2025-00020759

Decatur Police Department
**ORI Number:** AL0520100

### Subject #   1-Suspect

| | |
|---|---|
| **Primary:** | No |
| **Name:** | 2025-00020759, Unknown |
| **Address:** | |

| | | | |
|---|---|---|---|
| **Suspect Type:** | | Suspect | |
| **Race:** | Unknown | **Sex:** | Unknown |
| **Height:** | | **Weight:** | |
| **Eyes** | | **Hair:** | |
| **SSN:** | | **DVL #:** | |
| **Resident Status:** | Unknown | | |
| **Date:** | | | |

| | |
|---|---|
| **Build:** | |
| **Age.** | |
| **State.** | |
| **Statement Type:** | |
| **Custody Status** | |

**Primary Phone:**
**Resident Type:**
**Disposition:**

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 26B | 13A-9-14(b) | Fraud-FUCC Fraudulent Use Credit/Debit Card |

Related Weapons

Victim/Offender Relationship

Victim Information

Domestic
Arrestee For
Restraining Order
Present:

Cohabitation Status:
Restraining Order
Violated

Restraining
Order Issued

Injury Information
Transported By
Domestic Violence
Condition

Extent of Injury
Medical Treatment:

Hospital
Federal Agencies Involved
Death in Custody

Missing Person Information

Exhibit C (4 of 6)

  

# Decatur Police Department
## Detail

**Print Date/Time:** 09/29/2025 15:38
**Login ID:** decatur\cpowell
**Case Number:** 2025-00020759

Decatur Police Department
**ORI Number:** AL0520100

### Subject #   1-Victim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | **Victim Type:** | Individual | | | | |
| **Name:** | Yarbrough, Dorthea | **Race:** | Black/African American | **Sex:** | Female | **DOB:** | 09/30/1977 |
| **Address:** | 1318 19TH AVE SW | **Height:** | 5ft 7 in | **Weight:** | 145.0 lbs. | **Build:** | Thin |
| | Decatur AL 35601 | **Eyes:** | Brown | **Hair:** | Black | **Age:** | 47 |
| **Primary Phone:** | (256)642-9918 | **SSN:** | | **DVL #:** | 6480227 | **State:** | AL |
| **Resident Type:** | | **Resident Status:** | Resident | | | **Statement Type:** | Field Video Statement |
| **Disposition** | | Date | | Custody Status: | | | |

#### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 26B | 13A-9-14(b) | Fraud-FUCC Fraudulent Use Credit/Debit Card |

**Related Weapons**

**Victim/Offender Relationship**

**Victim Information**
School Code:                           Campus:                                    Transportation:
Action Taken:                          Complainant:                               Prior Complaints:
Protective Order:                      Protective Order Track:                    Protective Order Violation:
Vic By Association:                    Vic Assoc Type:                            Vic Assoc Relation:
Response Time:                         Total Time:                                Prior CBI's:

Domestic
Offense:                               Crime in Progress:                         Victim Pregnant:
Victim Disability:                     Children Present or Involved:              Injury Type:
Weapon Type:                           Weapon Feature:                            Weapon Seized:

**Injury Information**
Transported By:                        Extent of Injury:                          Hospital:
Domestic Violence:                     Medical Treatment:                         Federal Agencies Involved:
Condition:                                                                        Death in Custody:

**Missing Person Information**

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 07/02/2025 | Stolen | Money | | | $323.22 charged on an Ally Visa credit card 537993XXXXXX3360 | | |

Exhibit C (5 of 6)

 

# Decatur Police Department
## Detail

**Print Date/Time:** 09/29/2025 15:38
**Login ID:** decatur\cpowell
**Case Number:** 2025-00020759

Decatur Police Department
**ORI Number:** AL0520100

**Seq #** 1

Tag Number:                                    Item Number:
**Property Codes:**    **Property Type:** Money       Property Class:              **Date Received:** 07/02/2025
Stolen              UCR Value:                   **Initial Value:** $323.22    Stolen Location:
**Quantity:** 0.000       **Unit of Measure:** Not        Measurement Source.
                                        Reported
**Description:** $323.22 charged on an Ally Visa credit card
537993XXXXXX3360                                    Officer Remarks:
Make:                    Model:              Style:                Style Desc:
Year:                    OAN:                Serial #:             Color:
Condition:               Reg. Type:          Reg. ORI:             Reg. Number:
Reg. State:              Reg. Year:          Reg. Date:            Reg. Expiration:

**Recovery Information**

Location:                Date:               Code:
RFDJ?:                   ORI:                Recovered Address:              Value:

**Associated Subjects**

| Type | Name | Address | Phone | Notified How | Date |
|------|------|---------|-------|--------------|------|
| Owner | Yarbrough, Dorthea | 1318 19TH AVE SW | (256)642-9918 | | |
| | | Decatur, AL 35601 | | | |
| Insurance Company: | | Policy Number: | | Lein Holder: | |

**Vehicles**

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|-----|------|--------------|------|------|-------|-------|---------------|-------|

Routing:

Case Number: 2025-00020759. ORI: AL0520100.

## OfficerID: decatur\jvandiver, Narrative

On July 2nd, 2025, Officer Vandiver took a report for Dorthea Yarbrough, at the front desk, in reference to a fraudulent use of a credit card.

Yarbrough stated, she received a notification from her Ally credit card company that she owed $323.22 to Staybridge Suite Hotel. The hotel was located in Montgomery. Yarbrough had no suspect information for the user of the card. Yarbrough then advised Officer Vandiver, she had been in a dispute with the company over the charge since 5/7/24. The company was now requesting a police report be filed in order to move forward.

Officer Vandiver gave Yarbrough a case card and advised her of warrant procedures.

CHARGE:
Fraudulent use of a credit card

Front desk cameras were in use.

9/30/25, 11:56 AM                    Gmail - Request for Assistance – Missed Claim Filing Deadline Due to Notice Issues

 Gmail                                        **Dorthea Yarbrough <theayar1@gmail.com>**

---

## Request for Assistance – Missed Claim Filing Deadline Due to Notice Issues
5 messages

---

**Dorthea Yarbrough** <theayar1@gmail.com>                         Thu, Sep 25, 2025 at 4:51 PM
To: info@loandepotbreachsettlement.com

Dear Settlement Administrator,

I am writing regarding the LoanDepot data breach settlement. I did receive notice of the breach, but unfortunately I did not receive—or did not become aware of—the specific instructions regarding filing a claim until very recently. I have now learned that the window for filing has closed.

I respectfully request guidance on whether there is any recourse or exception available for individuals in my situation. I have been directly affected by fraudulent charges linked to my personal information following the breach, including a $521 charge on my credit card in May 2024 that I am still disputing with the credit bureaus. This makes me very concerned that my claim rights may be lost through no fault of my own.

Could you please advise:

    1. Whether late claims can be submitted under special circumstances,

    2. If there is an appeals process or secondary remedy available, and

    3. If not, what alternative stepsyou recommend for individuals impacted but unable to file within the claim window.

I appreciate your time and consideration. Please confirm receipt of this email and let me know how best to proceed.

Sincerely,
Dorthea Yarbrough

256-345-6616

theayar1@gmail.com

---

**loandepot Settlement** <info@loandepotbreachsettlement.com>                 Thu, Sep 25, 2025 at 4:51 PM
Reply-To: loandepot Settlement <info@loandepotbreachsettlement.com>
To: Dorthea Yarbrough <theayar1@gmail.com>

Your email (1947104) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

[Y1RRXX-NNXEK]

---

**loandepot Settlement** <info@loandepotbreachsettlement.com>                 Mon, Sep 29, 2025 at 9:09 AM
Reply-To: loandepot Settlement <info@loandepotbreachsettlement.com>
To: Dorthea Yarbrough <theayar1@gmail.com>

Exhibit B (2 of 3)

9/30/25, 11:56 AM                    Gmail - Request for Assistance – Missed Claim Filing Deadline Due to Notice Issues

Thank you for contacting the loanDepot Breach Settlement

The deadline to submit a Claim Form has passed, and late Claim Forms are no longer being accepted.

Thank You,
loanDepot Breach Settlement Administrator
www.LoanDepotBreachSettlement.com
[Quoted text hidden]
[Y1RRXX-NNXEK]

---

**Dorthea Yarbrough** <theayar1@gmail.com>                    Mon, Sep 29, 2025 at 12:37 PM
To: loandepot Settlement <info@loandepotbreachsettlement.com>

Dear Settlement Administrator,

Thank you for your response. I understand the claim filing deadline has passed. However, because I was not properly notified of the claim process, I respectfully request that an exception be made so that I may submit my claim.

If an exception cannot be granted, please confirm whether I may send my request directly to the Court overseeing this settlement for consideration.

Thank you for your attention and guidance.

Sincerely,
Dorthea Yarbrough

[Quoted text hidden]

---

**loandepot Settlement** <info@loandepotbreachsettlement.com>                    Tue, Sep 30, 2025 at 8:49 AM
Reply-To: loandepot Settlement <info@loandepotbreachsettlement.com>
To: Dorthea Yarbrough <theayar1@gmail.com>

Thank you for contacting the Lopez Voice Assistant Settlement Administrator.

The claim filing deadline was July 2, 2025. Claim forms are no longer being accepted at this time.

Thank You,
Lopez Voice Assistant Settlement Administrator
www.LopezVoiceAssistantSettlement.com

On September 29, 2025 at 5:38:09 PM UTC, theayar1@gmail.com wrote:

Dear Settlement Administrator,

Thank you for your response. I understand the claim filing deadline has passed. However, because I was not properly notified of the claim process, I respectfully request that an exception be made so that I may submit my claim.

If an exception cannot be granted, please confirm whether I may send my request directly to the Court overseeing this settlement for consideration.

Thank you for your attention and guidance.

Sincerely,
Dorthea Yarbrough

Exhibit D (3 of 3)

On Mon, Sep 29, 2025 at 9:09 AM loandepot Settlement <info@loandepotbreachsettlement.com> wrote:

[Quoted text hidden]

[Y1RRXX-NNXEK]

Exhibit C

| Date | Location | Details | Amount |
|------|----------|---------|--------|
| 6-12-2024 | Office Max | Cost to fax reply | 3.6 |
| 6-12-2024 | Mileage | 32.6 miles @ $0.67 | 21.84 |
| 10-15-2024 | Legal Shield | Attorney assistance | 59.95 |
| 11-15-2024 | Legal Shield | Attorney assistance | 59.95 |
| 12-15-2024 | Legal Shield | Attorney assistance | 59.95 |
| 1-31-2025 | Legal Shield | Attorney assistance | 59.95 |
| 7-9-2025 | US Postal Service | Mailing disputes to Resurgent and Equifax | 13.51 |
| 9-29-2025 | Decatur Police Dept | Cost for police report / Receipt | 6.5 |
| 9-30-2025 | US Postal Service | Certified mail | 33.78 |
|  |  | Total Expenses | 319.03 |




S2324W501441-12

U.S. POSTAGE PAID
FCM LG ENV
DECATUR, AL 35601
SEP 30, 2025

$7.74

RDC 99

Retail



CERTIFIED MAIL®

9589 0710 5270 2332 3515 43

Clerk of the Court
United States District Court
Central District of California,
Ronald Reagan Federal Bldg.
411 West Fourth Street
Santa Ana, CA 92701





RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 6 2025

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION     BY DEPUTY

Dorthea Yarbrough
1318 19th Ave SW
Decatur, AL 35601